Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Sidney Hsu*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated, | Case No. |
| Plaintiff, | **CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| v. | **JURY TRIAL DEMANDED** |
| PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK, | |
| Defendants. | |

Plaintiff Sidney Hsu ("Plaintiff"), individually and on behalf of all others similarly situated, by and through his attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, his counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by PubMatic, Inc. ("PubMatic" or the "Company") with the United States ("U.S.") Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by PubMatic; and (c) review of other publicly available information concerning PubMatic.

## NATURE OF THE ACTION AND OVERVIEW

1.      This is a class action on behalf of persons and entities that purchased or otherwise acquired PubMatic securities between February 27, 2025 and August 11, 2025, inclusive (the "Class Period"). Plaintiff pursues claims against the Defendants under the Securities Exchange Act of 1934 (the "Exchange Act").

2.      PubMatic is a technology company which enables real time programmatic advertising transactions for advertisers, agencies, and demand side platforms ("DSPs"). Programmatic advertising purportedly enables buyers to purchase ad impressions on publisher supplied inventory within milliseconds in a sophisticated, technology-driven marketplace. The Company primarily generates its revenue from the use of its platform for the purchase and sale of digital advertising inventory.

3.      On August 11, 2025, after the market closed, PubMatic released its second quarter 2025 financial report. In its report, PubMatic's Chief Financial Officer, Steven Pantelick, revealed that the Company's outlook reflects "***a reduction in ad spend from one of [its] top DSP partners.***" The Company's Chief Executive Officer, Rajeev Goel, further revealed that a "top DSP buyer" had "shifted a significant number of clients to a new platform that evaluates inventory differently" causing significant headwinds. Goel stated, in response to the inventory valuation change, the Company would "need to do a better job . . . to prioritize across all the hundreds of

billions of daily ad impressions that we have, which subset of those impressions that we send to this DSP."

4.    On this news, PubMatic's stock price fell $2.23, or 21.1%, to close at $8.34 per share on August 12, 2025, on unusually heavy trading volume.

5.    Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that a top DSP buyer was shifting a significant number of clients to a new platform which evaluated inventory differently; (2) that, as a result, PubMatic was seeing a reduction in ad spend and revenue from this top DSP buyer; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

6.    As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.    The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

9.    Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. In addition, the Company's principal executive offices are located in this District.

1    10.    In connection with the acts, transactions, and conduct alleged herein, Defendants

2   directly and indirectly used the means and instrumentalities of interstate commerce, including the

3   United States mail, interstate telephone communications, and the facilities of a national securities

4   exchange.

5                                              **PARTIES**

6    11.    Plaintiff Sidney Hsu, as set forth in the accompanying certification, incorporated by

7   reference herein, purchased PubMatic securities during the Class Period, and suffered damages as

8   a result of the federal securities law violations and false and/or misleading statements and/or

9   material omissions alleged herein.

10   12.    Defendant PubMatic is incorporated under the laws of Delaware. The Company

11  maintains a headquarters location in Redwood City, California. PubMatic's common stock trades

12  on the NASDAQ exchange under the symbol "PUBM."

13   13.    Defendant Rajeev K. Goel ("Goel") was the Company's Chief Executive Officer

14  ("CEO") at all relevant times.

15   14.    Defendant Steven Pantelick ("Pantelick") was the Company's Chief Financial

16  Officer ("CFO") at all relevant times.

17   15.    Defendants Goel and Pantelick (collectively the "Individual Defendants"), because

18  of their positions with the Company, possessed the power and authority to control the contents of

19  the Company's reports to the SEC, press releases and presentations to securities analysts, money

20  and portfolio managers and institutional investors, i.e., the market.  The Individual Defendants

21  were provided with copies of the Company's reports and press releases alleged herein to be

22  misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent

23  their issuance or cause them to be corrected.  Because of their positions and access to material

24  non-public information available to them, the Individual Defendants knew that the adverse facts

25  specified herein had not been disclosed to, and were being concealed from, the public, and that the

26  positive representations which were being made were then materially false and/or misleading.  The

27  Individual Defendants are liable for the false statements pleaded herein.

28

## SUBSTANTIVE ALLEGATIONS

### Background

16.     PubMatic is a technology company which enables real time programmatic advertising transactions for advertisers, agencies, and DSPs. Programmatic advertising enables buyers to purchase ad impressions on publisher supplied inventory within milliseconds in a sophisticated, technology-driven marketplace. The Company primarily generates its revenue from the use of its platform for the purchase and sale of digital advertising inventory.

### Materially False and Misleading

### Statements Issued During the Class Period

17.     The Class Period begins on February 27, 2025.[1] On that day, PubMatic issued a press release announcing its financial results for the fiscal quarter ended and full year ended December 31, 2024. The press release touted the Company's purported financial results as follows, in relevant part:

**PubMatic Announces Fourth Quarter and Fiscal Year Ended 2024 Financial Results**

FY Revenue of $291.3 million, up 9% over 2023;

Delivered FY 2024 net income of $12.5 million or 4% margin;

FY adjusted EBITDA increased 23% over 2023 and was $92.3 million or 32% margin;

Revenue in Q4 from CTV more than doubled year over year and represented 20% of total revenue;

Supply Path Optimization represented 53% of total activity in 2024;

Repurchased 4.3 million shares in 2024, representing 7.9% of fully diluted shares as of December 31, 2024

NO-HEADQUARTERS/REDWOOD CITY, Calif., February 27, 2025 (GLOBE NEWSWIRE) -- PubMatic, Inc. (Nasdaq: PUBM), an independent technology company delivering digital advertising's supply chain of the future, today reported financial results for the fourth quarter and fiscal year ended December 31, 2024.

"***Revenue growth in the year more than doubled over 2023, driven by strength in CTV, emerging revenue streams, and marquee customers choosing PubMatic to***

---

[1] Unless otherwise stated, all emphasis in bold and italics hereinafter is added.

***build and scale their ad businesses.*** Our revenue mix is evolving; in the fourth quarter, CTV more than doubled to 20% of total revenue. These achievements mark an inflection point in our underlying business that highlights critical scale on our platform and a significant shift in ad buying toward channels with the highest consumer engagement such as CTV, mobile app and commerce media," said Rajeev Goel, co-founder and CEO at PubMatic. "Today, our omnichannel platform serves publishers, media buyers, commerce media networks, and curation/data providers, all of which are turning to sell side technology for critical end-to-end solutions needed to build their ad businesses. As we look to 2025, we expect accelerated growth in our underlying business as ad buyers seek premium, brand safe, curated inventory in the open internet."

| | December 31, 2024 | December 31, 2023 |
|---|---|---|
| **ASSETS** | | |
| Current assets | | |
| Cash and cash equivalents | $ 100,452 | $ 78,509 |
| Marketable securities | 40,135 | 96,835 |
| Accounts receivable, net | 424,814 | 375,468 |
| Prepaid expenses and other current assets | 10,145 | 11,143 |
| Total current assets | 575,546 | 561,955 |
| Property, equipment and software, net | 58,522 | 60,729 |
| Operating lease right-of-use assets | 44,402 | 21,102 |
| Acquisition-related intangible assets, net | 4,284 | 5,864 |
| Goodwill | 29,577 | 29,577 |
| Deferred tax assets | 24,864 | 13,880 |
| Other assets, non-current | 2,324 | 2,136 |
| TOTAL ASSETS | $ 739,519 | $ 695,243 |

\*                    \*                    \*

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2024 | 2023 | 2024 | 2023 |
| Revenue | $ 85,502 | $ 84,600 | $ 291,256 | $ 267,014 |
| Cost of revenue[1] | 24,935 | 24,208 | 101,027 | 99,229 |
| Gross profit | 60,567 | 60,392 | 190,229 | 167,785 |
| Operating expenses:[1] | | | | |
| Technology and development | 7,831 | 6,846 | 33,263 | 26,727 |
| Sales and marketing | 23,763 | 20,353 | 95,369 | 82,803 |
| General and administrative[2] | 14,171 | 12,780 | 57,670 | 56,219 |
| Total operating expenses | 45,765 | 39,979 | 186,302 | 165,749 |
| Operating income | 14,802 | 20,413 | 3,927 | 2,036 |
| Total other income, net | 3,618 | 2,632 | 13,847 | 8,469 |
| Income before income taxes | 18,420 | 23,045 | 17,774 | 10,505 |
| Provision for income taxes | 4,521 | 4,343 | 5,270 | 1,624 |
| Net income | $ 13,899 | $ 18,702 | $ 12,504 | $ 8,881 |
| Net income per share attributable to common stockholders: | | | | |
| Basic | $ 0.29 | $ 0.37 | $ 0.25 | $ 0.17 |
| Diluted | $ 0.26 | $ 0.34 | $ 0.23 | $ 0.16 |
| Weighted-average shares used to compute net income per share attributable to common stockholders: | | | | |
| Basic | 47,993 | 50,659 | 49,213 | 51,760 |
| Diluted | 52,623 | 54,940 | 54,294 | 56,027 |

\*                    \*                    \*

18.     On February 27, 2025, the Company submitted its annual report for the fiscal year ended December 31, 2024 on a Form 10-K filed with the SEC (the "FY24 10-K"). The FY24 10-K affirmed the previously reported financial results. The FY24 10-K further stated the following regarding the Company's disclosure controls and procedures, as follows, in relevant part:

**ITEM 9A. CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation of our principal executive officer and principal financial officer, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act), as of the end of the period covered by this Annual Report on Form 10-K. Based on such evaluation, our principal executive officer and principal financial officer have concluded that, as of such date, *our disclosure controls and procedures were effective at a reasonable assurance level.*

19.     The FY24 10-K stated the following regarding purported risks to the Company which "*could*" or "*may*" negatively impact results, in relevant part:

*Our software platform could be susceptible to errors, defects, or unintended performance problems that could adversely affect our business, results of operations, and financial condition.*

We depend upon the sustained and uninterrupted performance of our platform to operate our business. Software bugs, faulty algorithms, technical or infrastructure problems, or system updates could lead to an inability to process data to place advertisements or price inventory effectively, or cause advertisements to display improperly or be placed in proximity to inappropriate content, which could adversely affect our business, results of operations, and financial condition. These risks are compounded by the complexity of our technology and the large amounts of data we utilize. Because our software is complex, undetected material defects, errors and failures may occur. Despite testing, errors or bugs in our software may not be found until the software is in our live operating environment.

For example, changes to our solution have in the past caused errors in the measurements of transactions conducted through our platform, resulting in disputes raised by publishers. Errors or failures in our offerings, even if caused by the implementation of changes by publishers or partners to their systems, could also result in negative publicity, damage to our reputation, loss of or delay in market acceptance of our offerings, increased costs or loss of revenue, or loss of competitive position. As a result, defects or errors in our products or services could harm our reputation, result in significant costs to us, impair the ability of publishers to sell and for buyers to purchase inventory, and impair our ability to fulfill obligations with publishers and partners. Any significant interruptions could adversely affect our business, results of operations, and financial condition.

*Our continued business success depends upon our ability to offer high-quality inventory with appropriate viewability capabilities.*

We must address quality concerns of both advertisers and publishers. Publishers require ad quality tools that enable granular control over the characteristics of the ads that run on their ad impressions, including those relating to the advertiser, industry and content for a particular ad. We must also provide automatic or ad hoc blocking of ads that contain malware or other ads the publisher deems undesirable. Our inventory quality tools must continue to help publishers demonstrate the value and quality of their ad impressions to DSPs, advertisers, and agencies with automated fraud detection and viewability reporting. Maintaining and upgrading our capabilities associated with ad quality and inventory quality is complex and costly. Maintaining high-quality inventory may become increasingly difficult with the advent and proliferation of "deep fake" video and other media produced using artificial intelligence ("AI"). If we fail to maintain high quality controls for our publishers and partners, our business, results of operations, and financial condition could be adversely affected.

20.     On May 8, 2025, PubMatic issued a press release announcing its financial results for the fiscal quarter ended March 31, 2025. The press release touted the Company's purported financial results as follows, in relevant part:

**PubMatic Announces First Quarter 2025 Financial Results; Board of Directors Authorizes $100M Expansion of Share Repurchase Program**

Delivered revenue and adjusted EBITDA ahead of guidance;

Revenue from omnichannel video, including CTV, grew 20% and was 40% of total revenue;

CTV revenue grew over 50% year-over-year; and

Supply Path Optimization represented a record 55%+ of total activity

NO-HEADQUARTERS/REDWOOD CITY, Calif., May 8, 2025 (GLOBE NEWSWIRE) -- PubMatic, Inc. (Nasdaq: PUBM), an independent technology company delivering digital advertising's supply chain of the future, today reported financial results for the first quarter ending March 31, 2025.

"We are pleased with our Q1 performance, exceeding guidance on both the top and bottom line driven by the secular growth areas in our business. Ongoing investments in product innovation and go to market teams drove 21% year over year growth in our underlying business, with momentum carrying into April," said Rajeev Goel, co-founder and CEO at PubMatic. "We firmly believe the current environment serves as a catalyst to accelerate the shift to programmatic and AI-driven solutions. Sell-side activation is emerging as the preferred model across the open internet as advertiser demand for more transparent, performant paths to inventory and data continues to increase. PubMatic sits at the forefront of this transformation while creating value for the entire supply chain."

| ASSETS | | | | |
|---|---|---|---|---|
| Current assets | | | | |
| Cash and cash equivalents | $ | 101,811 | $ | 100,452 |
| Marketable securities | | 42,315 | | 40,135 |
| Accounts receivable, net | | 349,123 | | 424,814 |
| Prepaid expenses and other current assets | | 12,018 | | 10,145 |
| Total current assets | | 505,267 | | 575,546 |
| Property, equipment and software, net | | 54,386 | | 58,522 |
| Operating lease right-of-use assets | | 42,575 | | 44,402 |
| Acquisition-related intangible assets, net | | 3,889 | | 4,284 |
| Goodwill | | 29,577 | | 29,577 |
| Deferred tax assets | | 29,619 | | 24,864 |
| Other assets, non-current | | 3,289 | | 2,324 |
| TOTAL ASSETS | $ | 668,602 | $ | 739,519 |

*                              *                              *

*                              *                              *

21.    On May 8, 2025 the Company submitted its quarterly report for the period ended March 31, 2025 on a Form 10-Q filed with the SEC, affirming the previously reported financial results. The report stated the following regarding the Company's disclosure controls and procedures, as follows, in relevant part:

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | | 2025 | | 2024 |
| Revenue | $ | 63,825 | $ | 66,701 |
| Cost of revenue[1] | | 25,588 | | 25,424 |
| Gross profit | | 38,237 | | 41,277 |
| Operating expenses:[1] | | | | |
| Technology and development | | 8,772 | | 7,960 |
| Sales and marketing | | 26,799 | | 24,815 |
| General and administrative | | 14,569 | | 14,027 |
| Total operating expenses | | 50,140 | | 46,802 |
| Operating loss | | (11,903) | | (5,525) |
| Interest income | | 1,593 | | 2,564 |
| Other income (expense), net | | (1,014) | | 258 |
| Loss before income taxes | | (11,324) | | (2,703) |
| Benefit from income taxes | | (1,838) | | (249) |
| Net loss | $ | (9,486) | $ | (2,454) |
| | | | | |
| Basic and diluted net loss per share of Class A and Class B stock | $ | (0.20) | $ | (0.05) |
| Weighted-average shares used to compute net loss per share attributable to common stockholders: | | | | |
| Basic | | 48,346 | | 50,039 |
| Diluted | | 48,346 | | 50,039 |

## ITEM 4. CONTROLS AND PROCEDURES

### Evaluation of Disclosure Controls and Procedures

Our management, with the participation of our principal executive officer and principal financial officer, has evaluated the effectiveness of our disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Exchange

1   Act), as of March 31, 2025. Based on such evaluation, our principal executive
2   officer and principal financial officer have concluded that, as of such date, our
    disclosure controls and procedures were effective at a reasonable assurance level.

3        22.    The above statements identified in ¶¶ 17-21 were materially false and/or
4   misleading, and failed to disclose material adverse facts about the Company's business,
5   operations, and prospects.  Specifically, Defendants failed to disclose to investors: (1) that a top
6   DSP buyer was shifting a significant number of clients to a new platform which evaluated
7   inventory differently; (2) that, as a result, PubMatic was seeing a reduction in ad spend and
8   revenue from this top DSP buyer; and (3) that, as a result of the foregoing, Defendants' positive
9   statements about the Company's business, operations, and prospects were materially misleading
10  and/or lacked a reasonable basis.

11                     **Disclosures at the End of the Class Period**

12       23.    On August 11, 2025, after the market closed, PubMatic issued a press release
13  announcing its financial results for the fiscal quarter ended June 30, 2025. The press release
14  quoted the Company's CFO, Defendant Pantelick, stating as follows, in relevant part:

15       While our ***outlook includes a reduction in ad spend from one of our top DSP
         partners,*** the underlying health of the business remains strong while we mitigate
16       the impact. Additionally, we are optimizing resources to focus on key priorities that
         include: diversifying DSP mix and accelerating investment on the buy-side,
17       growing CTV, scaling emerging revenue streams, and integrating AI across our
         tech stack and operations. We have a healthy balance sheet and generate positive
18       cash flow and are confident in the long-term strategy to drive durable, accelerated
19       growth, increased profitability, and maximized shareholder value.

20       24.    The Company held an earnings call the same day to discuss the quarterly results
21  (the "2Q25 Earnings Call"). During the 2Q25 Earnings Call, the Company's CEO, Defendant
22  Goel, revealed that a "top DSP buyer" had "recently shifted a significant number of clients to a
23  new platform that evaluates inventory differently" causing significant headwinds. Goel stated, in
    response to the inventory valuation change, the Company would "need to do a better job . . . to
24  prioritize across all the hundreds of billions of daily ad impressions that we have, which subset of
25  those impressions that we send to this DSP." Specifically, Goel stated as follows, in relevant part:
26
27       So beginning in July, we saw a headwind emerge from a top DSP buyer, which
         recently shifted a significant number of clients to a new platform that evaluates
         inventory differently. And so the parameters of how they value inventory have
28       changed, and we are working to optimize the inventory that we send this DSP

accordingly. In addition, for some of our SPO partners, they did not realize until after the changes were made that their SPO strategies were no longer implemented. And so as a result, they need to reimplement their SPO settings on this DSP's new platform, and that process takes time. So accordingly, we saw this notable drop in spend in July, and then we've seen that stabilize in August.

Now given the scale and complexity of our real-time platform, we anticipate that it will take several months to iterate and optimize the traffic that we send to this DSP. And so while we're doing this, a top priority for us is to accelerate the diversification of ad spend on our platform away from legacy DSPs. And we've been making progress, but we plan to accelerate our strategy. So for instance, in Q2, we expanded the share of spending from DSPs outside of the top 5 with performance marketers and mid-tier DSPs growing 20% year- over-year, such as MNTN and tvScientific and some China-based DSPs. In July, that same cohort accelerated to over 30% year-over- year.

*         *         *

No, I don't think it had anything to do with the auction dynamics, rather it's how they value inventory has changed. And so we need to do a better job, a different job to prioritize across all the hundreds of billions of daily ad impressions that we have, which subset of those impressions that we send to this DSP.

25.     Further, during the 2Q25 Earnings Call, an analyst noted "*I think the platform shift that you're talking about has been going on for some time*" and asked if this change was the result of "large number of your SPO customers finally making that transition or something else?" In response, Defendant Goel stated as follows, in relevant part:

So I mean we certainly saw an uptick or significant increase of this activity from the DSP causing the drop in spend in July. So I can't speak to exactly kind of what was their timeline or all the history of changes that they made. But that's what we observed on our platform, which we are -- again, we've stabilized, but are working to improve. So there are things that we need to do to shape the traffic accordingly from our platform more to the liking of that DSP. And so we're heavily engaged in that process.

26.     On this news, PubMatic's stock price fell $2.23, or 21.1%, to close at $8.34 per share on August 12, 2025, on unusually heavy trading volume.

## CLASS ACTION ALLEGATIONS

27.     Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all persons and entities that purchased or otherwise acquired PubMatic securities between February 27, 2025 and August 11, 2025, inclusive, and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their

1   immediate families and their legal representatives, heirs, successors, or assigns, and any entity in

2   which Defendants have or had a controlling interest.

3       28.     The members of the Class are so numerous that joinder of all members is

4   impracticable.  Throughout the Class Period, PubMatic's shares actively traded on the NASDAQ.

5   While the exact number of Class members is unknown to Plaintiff at this time and can only be

6   ascertained through appropriate discovery, Plaintiff believes that there are at least hundreds or

7   thousands of members in the proposed Class.  Millions of PubMatic shares were traded publicly

8   during the Class Period on the NASDAQ.  Record owners and other members of the Class may be

9   identified from records maintained by PubMatic or its transfer agent and may be notified of the

10  pendency of this action by mail, using the form of notice similar to that customarily used in

11  securities class actions.

12      29.     Plaintiff's claims are typical of the claims of the members of the Class as all

13  members of the Class are similarly affected by Defendants' wrongful conduct in violation of

14  federal law that is complained of herein.

15      30.     Plaintiff will fairly and adequately protect the interests of the members of the Class

16  and has retained counsel competent and experienced in class and securities litigation.

17      31.     Common questions of law and fact exist as to all members of the Class and

18  predominate over any questions solely affecting individual members of the Class.  Among the

19  questions of law and fact common to the Class are:

20          (a)     whether the federal securities laws were violated by Defendants' acts as

21  alleged herein;

22          (b)     whether statements made by Defendants to the investing public during the

23  Class Period omitted and/or misrepresented material facts about the business, operations, and

24  prospects of PubMatic; and

25          (c)     to what extent the members of the Class have sustained damages and the

26  proper measure of damages.

27      32.     A class action is superior to all other available methods for the fair and efficient

28  adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as the

damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

33.    The market for PubMatic's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, PubMatic's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired PubMatic's securities relying upon the integrity of the market price of the Company's securities and market information relating to PubMatic, and have been damaged thereby.

34.    During the Class Period, Defendants materially misled the investing public, thereby inflating the price of PubMatic's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. The statements and omissions were materially false and/or misleading because they failed to disclose material adverse information and/or misrepresented the truth about PubMatic's business, operations, and prospects as alleged herein.

35.    At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about PubMatic's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein when the truth was revealed.

1

**LOSS CAUSATION**

2       36.    Defendants' wrongful conduct, as alleged herein, directly and proximately caused

3   the economic loss suffered by Plaintiff and the Class.

4       37.    During the Class Period, Plaintiff and the Class purchased PubMatic's securities at

5   artificially inflated prices and were damaged thereby.  The price of the Company's securities

6   significantly declined when the misrepresentations made to the market, and/or the information

7   alleged herein to have been concealed from the market, and/or the effects thereof, were revealed,

8   causing investors' losses.

9                           **SCIENTER ALLEGATIONS**

10      38.    As alleged herein, Defendants acted with scienter since Defendants knew that the

11  public documents and statements issued or disseminated in the name of the Company were

12  materially false and/or misleading; knew that such statements or documents would be issued or

13  disseminated to the investing public; and knowingly and substantially participated or acquiesced

14  in the issuance or dissemination of such statements or documents as primary violations of the

15  federal securities laws.  As set forth elsewhere herein in detail, the Individual Defendants, by

16  virtue of their receipt of information reflecting the true facts regarding PubMatic, their control

17  over, and/or receipt and/or modification of PubMatic's allegedly materially misleading

18  misstatements and/or their associations with the Company which made them privy to confidential

19  proprietary information concerning PubMatic, participated in the fraudulent scheme alleged

20  herein.

21                 **APPLICABILITY OF PRESUMPTION OF RELIANCE**

22                      **(FRAUD-ON-THE-MARKET DOCTRINE)**

23      39.    The market for PubMatic's securities was open, well-developed and efficient at all

24  relevant times.  As a result of the materially false and/or misleading statements and/or failures to

25  disclose, PubMatic's securities traded at artificially inflated prices during the Class Period.  On

26  February 27, 2025, the Company's share price closed at a Class Period high of $13.97 per share.

27  Plaintiff and other members of the Class purchased or otherwise acquired the Company's

28

---

CLASS ACTION COMPLAINT
13

1   securities relying upon the integrity of the market price of PubMatic's securities and market

2   information relating to PubMatic, and have been damaged thereby.

3        40.    During the Class Period, the artificial inflation of PubMatic's shares was caused by

4   the material misrepresentations and/or omissions particularized in this Complaint causing the

5   damages sustained by Plaintiff and other members of the Class.  As described herein, during the

6   Class Period, Defendants made or caused to be made a series of materially false and/or misleading

7   statements about PubMatic's business, prospects, and operations.  These material misstatements

8   and/or omissions created an unrealistically positive assessment of PubMatic and its business,

9   operations, and prospects, thus causing the price of the Company's securities to be artificially

10  inflated at all relevant times, and when disclosed, negatively affected the value of the Company

11  shares.  Defendants' materially false and/or misleading statements during the Class Period resulted

12  in Plaintiff and other members of the Class purchasing the Company's securities at such

13  artificially inflated prices, and each of them has been damaged as a result.

14       41.    At all relevant times, the market for PubMatic's securities was an efficient market

15  for the following reasons, among others:

16          (a)    PubMatic shares met the requirements for listing, and was listed and

17  actively traded on the NASDAQ, a highly efficient and automated market;

18          (b)    As a regulated issuer, PubMatic filed periodic public reports with the SEC

19  and/or the NASDAQ;

20          (c)    PubMatic regularly communicated with public investors via established

21  market communication mechanisms, including through regular dissemination of press releases on

22  the national circuits of major newswire services and through other wide-ranging public

23  disclosures, such as communications with the financial press and other similar reporting services;

24  and/or

25          (d)    PubMatic was followed by securities analysts employed by brokerage firms

26  who wrote reports about the Company, and these reports were distributed to the sales force and

27  certain customers of their respective brokerage firms.  Each of these reports was publicly available

28  and entered the public marketplace.

42.    As a result of the foregoing, the market for PubMatic's securities promptly digested current information regarding PubMatic from all publicly available sources and reflected such information in PubMatic's share price. Under these circumstances, all purchasers of PubMatic's securities during the Class Period suffered similar injury through their purchase of PubMatic's securities at artificially inflated prices and a presumption of reliance applies.

43.    A Class-wide presumption of reliance is also appropriate in this action under the Supreme Court's holding in *Affiliated Ute Citizens of Utah v. United States*, 406 U.S. 128 (1972), because the Class's claims are, in large part, grounded on Defendants' material misstatements and/or omissions.  Because this action involves Defendants' failure to disclose material adverse information regarding the Company's business operations and financial prospects—information that Defendants were obligated to disclose—positive proof of reliance is not a prerequisite to recovery.  All that is necessary is that the facts withheld be material in the sense that a reasonable investor might have considered them important in making investment decisions.   Given the importance of the Class Period material misstatements and omissions set forth above, that requirement is satisfied here.

## NO SAFE HARBOR

44.    The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading,

1   and/or the forward-looking statement was authorized or approved by an executive officer of

2   PubMatic who knew that the statement was false when made.

3   **FIRST CLAIM**

4   **Violation of Section 10(b) of The Exchange Act and**

5   **Rule 10b-5 Promulgated Thereunder**

6   **Against All Defendants**

7     45. Plaintiff repeats and re-alleges each and every allegation contained above as if fully

8   set forth herein.

9     46. During the Class Period, Defendants carried out a plan, scheme and course of

10   conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing

11   public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and

12   other members of the Class to purchase PubMatic's securities at artificially inflated prices.  In

13   furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each defendant,

14   took the actions set forth herein.

15     47. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made

16   untrue statements of material fact and/or omitted to state material facts necessary to make the

17   statements not misleading; and (iii) engaged in acts, practices, and a course of business which

18   operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to

19   maintain artificially high market prices for PubMatic's securities in violation of Section 10(b) of

20   the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the

21   wrongful and illegal conduct charged herein or as controlling persons as alleged below.

22     48. Defendants, individually and in concert, directly and indirectly, by the use, means

23   or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a

24   continuous course of conduct to conceal adverse material information about PubMatic's financial

25   well-being and prospects, as specified herein.

26     49. Defendants employed devices, schemes and artifices to defraud, while in

27   possession of material adverse non-public information and engaged in acts, practices, and a course

28   of conduct as alleged herein in an effort to assure investors of PubMatic's value and performance

1  and continued substantial growth, which included the making of, or the participation in the making

2  of, untrue statements of material facts and/or omitting to state material facts necessary in order to

3  make the statements made about PubMatic and its business operations and future prospects in light

4  of the circumstances under which they were made, not misleading, as set forth more particularly

5  herein, and engaged in transactions, practices and a course of business which operated as a fraud

6  and deceit upon the purchasers of the Company's securities during the Class Period.

7           50.     Each of the Individual Defendants' primary liability and controlling person liability

8  arises from the following facts: (i) the Individual Defendants were high-level executives and/or

9  directors at the Company during the Class Period and members of the Company's management

10 team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and

11 activities as a senior officer and/or director of the Company, was privy to and participated in the

12 creation, development and reporting of the Company's internal budgets, plans, projections and/or

13 reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the

14 other defendants and was advised of, and had access to, other members of the Company's

15 management team, internal reports and other data and information about the Company's finances,

16 operations, and sales at all relevant times; and (iv) each of these defendants was aware of the

17 Company's dissemination of information to the investing public which they knew and/or

18 recklessly disregarded was materially false and misleading.

19          51.     Defendants had actual knowledge of the misrepresentations and/or omissions of

20 material facts set forth herein, or acted with reckless disregard for the truth in that they failed to

21 ascertain and to disclose such facts, even though such facts were available to them. Such

22 defendants' material misrepresentations and/or omissions were done knowingly or recklessly and

23 for the purpose and effect of concealing PubMatic's financial well-being and prospects from the

24 investing public and supporting the artificially inflated price of its securities. As demonstrated by

25 Defendants' overstatements and/or misstatements of the Company's business, operations, financial

26 well-being, and prospects throughout the Class Period, Defendants, if they did not have actual

27 knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain

28

1    such knowledge by deliberately refraining from taking those steps necessary to discover whether

2    those statements were false or misleading.

3        52.    As a result of the dissemination of the materially false and/or misleading

4    information and/or failure to disclose material facts, as set forth above, the market price of

5    PubMatic's securities was artificially inflated during the Class Period.  In ignorance of the fact that

6    market prices of the Company's securities were artificially inflated, and relying directly or

7    indirectly on the false and misleading statements made by Defendants, or upon the integrity of the

8    market in which the securities trades, and/or in the absence of material adverse information that

9    was known to or recklessly disregarded by Defendants, but not disclosed in public statements by

10   Defendants during the Class Period, Plaintiff and the other members of the Class acquired

11   PubMatic's securities during the Class Period at artificially high prices and were damaged thereby.

12       53.    At the time of said misrepresentations and/or omissions, Plaintiff and other

13   members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiff

14   and the other members of the Class and the marketplace known the truth regarding the problems

15   that PubMatic was experiencing, which were not disclosed by Defendants, Plaintiff and other

16   members of the Class would not have purchased or otherwise acquired their PubMatic securities,

17   or, if they had acquired such securities during the Class Period, they would not have done so at the

18   artificially inflated prices which they paid.

19       54.    By virtue of the foregoing, Defendants violated Section 10(b) of the Exchange Act

20   and Rule 10b-5 promulgated thereunder.

21       55.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the

22   other members of the Class suffered damages in connection with their respective purchases and

23   sales of the Company's securities during the Class Period.

24                                    **SECOND CLAIM**

25                     **Violation of Section 20(a) of The Exchange Act**

26                       **<u>Against the Individual Defendants</u>**

27       56.    Plaintiff repeats and re-alleges each and every allegation contained above as if fully

28   set forth herein.

57.     Individual Defendants acted as controlling persons of PubMatic within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions and their ownership and contractual rights, participation in, and/or awareness of the Company's operations and intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings, and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

58.     In particular, Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

59.     As set forth above, PubMatic and Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and omissions as alleged in this Complaint. By virtue of their position as controlling persons, Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a)     Determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b)     Awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

1   (c)   Awarding Plaintiff and the Class their reasonable costs and expenses incurred in

2   this action, including counsel fees and expert fees; and

3   (d)   Such other and further relief as the Court may deem just and proper.

4   **JURY TRIAL DEMANDED**

5   Plaintiff hereby demands a trial by jury.

6   DATED:  August 20, 2025          **GLANCY PRONGAY & MURRAY LLP**

7                                    By:   *s/Charles H. Linehan*
                                          _____
8                                    Robert V. Prongay
                                     Charles H. Linehan
9                                    Pavithra Rajesh
                                     1925 Century Park East, Suite 2100
10                                   Los Angeles, California 90067
                                     Telephone:  (310) 201-9150
11                                   Facsimile:  (310) 201-9160
                                     Email:  clinehan@glancylaw.com
12

13                                   *Attorneys for Plaintiff Sidney Hsu*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SWORN CERTIFICATION OF PLAINTIFF**
**PUBMATIC, INC. (PUBM) SECURITIES LITIGATION**

I, Sidney Hsu, certify that:

1.    I have reviewed the Complaint, adopt its allegations, and authorize its filing and/or the filing of a lead plaintiff motion on my behalf.

2.    I did not purchase the PubMatic, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.    I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.    My transactions in PubMatic, Inc. securities during the period set forth in the Complaint are as follows:

       (See attached transactions)

5.    I have not sought to serve, nor served, as a representative party on behalf of a class under this title during the last three years, except for the following:

6.    I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

_____                        _Sidney Hsu_____
        8/19/2025
        Date                                                    Sidney Hsu

**Sidney Hsu's Transactions in PubMatic, Inc. (PUBM)**

| Date | Transaction Type | Quantity | Unit Price |
|------|------------------|----------|------------|
| 7/14/2025 | Bought | 1,200 | $12.8900 |