GIBSON, DUNN & CRUTCHER LLP
Jessica Valenzuela, Bar No. 220934
  jvalenzuela@gibsondunn.com
Jeff Lombard, Bar No. 285371
  jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
Jordan Estes (*pro hac vice forthcoming*)
  jestes@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK, <br><br> Defendants. | Case No. 3:25-cv-07067 <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** <br><br> Judge:    Hon. Jacqueline Scott Corley <br> Date Action Filed:    August 20, 2025 |

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. 3:25-CV-07067

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules, Plaintiff Sidney Hsu ("Plaintiff") and Defendants PubMatic, Inc. ("PubMatic"), Rajeev K. Goel, and Steven Pantelick ("Defendants," and together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the Complaint (defined below), vacating the Initial Case Management Conference scheduled for November 19, 2025, and all associated deadlines, and vacating the Alternative Dispute Resolution ("ADR") deadlines set by the Court.

**WHEREAS**, on August 20, 2025, Plaintiff filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (the "Complaint");

**WHEREAS**, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), which provides mandatory procedures for the appointment of lead plaintiff and lead counsel (15 U.S.C. § 78u-4(a)(3)), and imposes an automatic stay of discovery during the pendency of a motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

**WHEREAS**, on August 22, 2025, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 8), setting the following deadlines:

- October 29, 2025 for the Parties to (i) meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and (ii) file an ADR Certification;
- November 12, 2025 for the Parties to make initial disclosures and file a Joint Case Management Statement; and
- November 19, 2025 for an Initial Case Management Conference

**WHEREAS**, on September 15, 2025 Plaintiff served the Complaint on Defendant PubMatic, Inc.;

2

STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. 3:25-CV-07067

GIBSON, DUNN & CRUTCHER LLP

**WHEREAS**, the Parties believe that, given the requirements of the PSLRA and in order to conserve the Court's and the Parties' resources, good cause exists to defer Defendants' response to the Complaint until after a lead plaintiff has been appointed and files an amended complaint, and to vacate the Initial Case Management Conference and associated deadlines and the ADR Program deadlines set by the Court, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided;

**WHEREAS**, the Parties have not sought any other extensions of time in this action;

**WHEREAS**, the Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any additional pre-trial and trial dates as the Court has yet to schedule these dates.

**NOW, THEREFORE,** the parties, subject to approval of the Court, hereby stipulate and Agree as follows:

1. Counsel for Defendants accepts service of the Complaint on behalf of all Defendants, subject to any defenses that any Defendant may subsequently assert, other than sufficiency of service.

2. Pursuant to Civil Local Rule 6-2, Defendants' obligation to answer, move to dismiss, or otherwise respond to the Complaint is extended until a date to be set after the appointment of a lead plaintiff and lead counsel.

3. Within ten (10) business days following the appointment of a lead plaintiff and lead counsel, lead plaintiff and Defendants shall meet and confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

4. Pursuant to Civil Local Rule 16-2, the Initial Case Management Conference scheduled for November 19, 2025, is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided.

GIBSON, DUNN &
CRUTCHER LLP
ATTORNEYS AT LAW

5. All associated ADR Program deadlines are likewise vacated until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided.

6. Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants otherwise would have, including, without limitation, jurisdictional defenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  October 14, 2025            GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Jessica Valenzuela
                    Jessica Valenzuela

*Attorneys for Defendant PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick*

Dated: October 14, 2025            GLANCY PRONGAY & MURRAY LLP

By:    /s/ Pavithra Rajesh
                    Pavithra Rajesh

*Attorneys for Plaintiff Sidney Hsu*

\*        \*        \*

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: October 14, 2025

/s/ Jessica Valenzuela
                    Jessica Valenzuela

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. 3:25-CV-07067

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: October 15, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
CASE NO. 3:25-CV-07067

GIBSON, DUNN & CRUTCHER LLP
ATTORNEYS AT LAW