**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com
*Counsel for Julie Kim and*
*[Proposed] Lead Counsel for Plaintiff and the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated, ) ) ) | Case No. 3:25-cv-07067-JSC |
| Plaintiff, ) ) | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT JULIE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| v. ) ) ) ) | |
| PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK, ) ) ) | CLASS ACTION |
| Defendants. ) ) ) ) ) | Judge: James Donato Hearing: November 20, 2025 Time: 10:00 a.m. Courtroom: 11 – 19th Floor (San Francisco) |

I, Laurence M. Rosen, declare:

1.      I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for movant Julie Kim ("Movant"). I make this declaration in support of Movant's motion for appointment as lead plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.      Attached hereto are true and correct copies of the following documents:

Exhibit 1:     PSLRA Early Notice;

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT
JULIE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL
– Case No. 3:25-cv-07067-JSC

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Assignment of shares to Movant;

Exhibit 4:    Movant's loss chart;

Exhibit 5:    The firm resume of The Rosen Law Firm, P.A.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 20th day of October 2025.

*/s/ Laurence M. Rosen*
Laurence M. Rosen, Esq.

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Julie Kim and*
*[Proposed] Lead Counsel for Plaintiff and the Class*

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT JULIE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 3:25-cv-07067-JSC

**PROOF OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am not a party to the above case and I am over the age of eighteen.

On October 20, 2025, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT JULIE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 20th, 2025.


*/s/ Laurence M. Rosen*
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF MOVANT JULIE KIM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL – Case No. 3:25-cv-07067-JSC