# Exhibit 1

Aug 20, 2025 9:38 PM Eastern Daylight Time

# PUBM CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of PubMatic, Inc. Investors

Share

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Northern District of California, captioned *Hsu v. PubMatic, Inc., et al.,* Case No. 3:25-cv-07067, on behalf of persons and entities that purchased or otherwise acquired PubMatic, Inc. ("PubMatic" or the "Company") (NASDAQ: PUBM) securities between **February 27, 2025 and August 11, 2025**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have **60 days from the date of this notice** to move the Court to serve as lead plaintiff in this action.

**IF YOU SUFFERED A LOSS ON YOUR PUBMATIC INVESTMENTS, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER YOUR LOSS UNDER THE FEDERAL SECURITIES LAWS.**

**What Happened?**

On August 11, 2025, after the market closed, PubMatic released its second quarter 2025 financial report. In its report, PubMatic's Chief Financial Officer, Steven Pantelick, revealed that the Company's outlook reflects "a reduction in ad spend from one of [its] top DSP partners." The Company's Chief Executive Officer, Rajeev Goel, further revealed that a "top DSP buyer" had "shifted a significant number of clients to a new platform that evaluates inventory differently" causing significant headwinds. Goel stated, in response to the inventory valuation change, the

8/22/25, 12:03 PM                    PUBM CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit on Behalf Of PubMatic, Inc. Inves…

Case 3:25-cv-07067-JSC   Document 17-2   Filed 10/20/25   Page 3 of 7

Company would "need to do a better job . . . to prioritize across all the hundreds of billions of daily ad impressions that we have, which subset of those impressions that we send to this DSP."

On this news, PubMatic's stock price fell $2.23, or 21.1%, to close at $8.34 per share on August 12, 2025, on unusually heavy trading volume.

**What Is The Lawsuit About?**

The complaint filed in this class action alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that a top DSP buyer was shifting a significant number of clients to a new platform which evaluated inventory differently; (2) that, as a result, PubMatic was seeing a reduction in ad spend and revenue from this top DSP buyer; and (3) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

If you purchased or otherwise acquired PubMatic securities during the Class Period, you may move the Court no later than **60 days from the date of this notice** to ask the Court to appoint you as lead plaintiff.

**Contact Us To Participate or Learn More:**

If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact us:

Charles Linehan, Esq.,
Glancy Prongay & Murray LLP,
1925 Century Park East, Suite 2100,
Los Angeles California 90067
Email: shareholders@glancylaw.com
Telephone: 310-201-9150,
Toll-Free: 888-773-9224
Visit our website at www.glancylaw.com.
Follow us for updates on LinkedIn, Twitter, or Facebook.

8/22/25, 12:03 PM    PUBM: CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of PubMatic, Inc. Inves…

Case 3:25-cv-07067-JSC    Document 17-2    Filed 10/20/25    Page 4 of 7

If you inquire by email, please include your mailing address, telephone number and number of shares purchased.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

**Industry:**    Class Action Lawsuit    Professional Services    Legal



### GLANCY PRONGAY & MURRAY LLP

⌁ NASDAQ:PUBM

---

### RELEASE VERSIONS

8/22/25, 12:03 PM
PUBM: CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of PubMatic, Inc. Inves…

Case 3:25-cv-07067-JSC    Document 17-2    Filed 10/20/25    Page 5 of 7

English

## CONTACTS

**Contact Us:**

Glancy Prongay & Murray LLP,

1925 Century Park East, Suite 2100

Los Angeles, CA 90067

**Charles Linehan**

Email: shareholders@glancylaw.com

Telephone: 310-201-9150

Toll-Free: 888-773-9224

Visit our website at: www.glancylaw.com.

# More News From Glancy Prongay & Murray LLP

🔊 Get RSS Feed

### Deadline Alert: PubMatic, Inc. (PUBM) Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP About Securities Fraud Lawsuit

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP reminds investors of the upcoming October 20, 2025 deadline to file a lead plaintiff motion in the class action filed on behalf of investors who purchased or otherwise acquired PubMatic, Inc. ("PubMatic" or the…

### Securities Fraud Investigation Into Fortinet, Inc. (FTNT) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of Fortinet, Inc. ("Fortinet" or the "Company") (NASDAQ: FTNT) investors concerning the…

## Securities Fraud Investigation Into AVITA Medical, Inc. (RCEL) Announced – Investors Who Lost Money Urged To Contact Glancy Prongay & Murray LLP, a Leading Securities Fraud Law Firm

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP, a leading national shareholder rights law firm, today announced that it has commenced an investigation on behalf of AVITA Medical, Inc. ("Avita" or the "Company") (NASDAQ: RCEL) investors concerning the…

Back to Newsroom  →

# Wish your news had this kind of reach?

Sign Up     →

Learn About Business Wire     →



### Company

About Business Wire

Careers

Media Center

### Services

8/22/25, 12:03 PM
PUBM: CLASS ACTION NOTICE - Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit On Behalf Of PubMatic, Inc. Inves…

Case 3:25-cv-07067-JSC    Document 17-2    Filed 10/20/25    Page 7 of 7

Press Release Distribution

Visibility & Engagement

Complimentary Features

Investor Communications

Reporting & Analytics

## Solutions

PR Professionals

IR Professionals

Agencies

Public Companies

Explore by Industry

## Newsroom

Industries

Subjects

Languages

## Resources

## Blog

## For Journalists

## Sign Up



© 2025 Business Wire, Inc.

Privacy Policy      Cookie Policy      Copyright      Accessibility Statement      Terms of Use

