# Exhibit 3

<u>ASSIGNMENT</u>

Yunsoo Lee, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Julie Kim ("Assignee") all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the purchase by Assignor of the securities of PubMatic, Inc. Further, the Assignor hereby appoints Assignee as his true and lawful attorney-in-fact for the purposes of exercising all powers relating to such causes of action.

Assignee has agreed to remit any proceeds received as a result of the Assignment to Assignor.

This Assignment may not be revoked without the written consent of Assignor.

The assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Signed this October 20, 2025

Signed by:

15FC678232E2446...

Yunsoo Lee