# Exhibit 4

**PubMatic, Inc. Loss Chart**
**Class Period: February 27, 2025 through August 11, 2025**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Equities Loss/Gain | Total Loss/Gain | Lookback Price $8.39 |
|------|---------------|--------|----------------|-------|-----------|--------|----------------|-------|-----------------|----------------|--------------------------|-----------------|---------|
| Julie Kim | 3/4/2025 | 400 | ($10.12) | ($4,048.00) | 7/29/2025 | 600 | $12.01 | $7,206.00 | | | | | |
| | 7/29/2025 | 1,200 | ($12.18) | ($14,616.00) | | | | | | | | | |
| | 8/1/2025 | 1,000 | ($11.65) | ($11,650.00) | | | | | | | | | |
| | 8/7/2025 | 300 | ($11.02) | ($3,306.00) | | | | | | | | | |
| | 8/8/2025 | 40 | ($10.74) | ($429.60) | | | | | | | | | |
| | | 2,940 | | ($34,049.60) | | 600 | | $7,206.00 | 2,340 | $19,630.69 | ($7,212.91) | ($7,212.91) | |