# EXHIBIT B

Financial Interest Analysis

**Company Name:** PubMatic, Inc.
**Ticker:** PUBM
**Class Period:** February 27, 2025 to August 11, 2025
**Name:** Sidney Hsu

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 7/14/2025 | 1,200 | $12.8900 | -$15,468.0000 | | $0.0000 | -$15,468.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **1,200** | | | | **Subtotal:** | **-$15,468.00** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $10,070.63 |
| | | | $8.3922 | | **Total:** | **-$5,397.38** |

Notes

The 90-Day Average Price used in this financial interest analysis is the average closing price between August 12, 2025 and October 17, 2025.