GIBSON, DUNN & CRUTCHER LLP
Jessica Valenzuela, Bar No. 220934
  jvalenzuela@gibsondunn.com
Jeff Lombard, Bar No. 285371
  jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
Jordan Estes (*pro hac vice*)
  jestes@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK,<br><br>Defendants. | Case No. 3:25-cv-07067<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Judge:       Hon. Jacqueline Scott Corley<br>Date Action Filed:      August 20, 2025 |

## [PROPOSED] ORDER

Defendants' Unopposed Administrative Motion to Consider Whether Cases Should be Related (the "Motion") has come before the Court. Having considered the papers submitted in support, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The actions captioned *Steffens v. Goel et al.*, No. 4-25-cv-07224-HSG (N.D. Cal.); *Klein v. Goel et al.*, No. 3-25-cv-07391-EMC (N.D. Cal.); and *Hyung v. Goel et al.*, No. 3-25-cv-07618-AMO (N.D. Cal.) are hereby related to the action captioned *Hsu v. PubMatic et al.*, No. 3-25-cv-07067-JSC (N.D. Cal.). The *Steffens*, *Klein*, and *Hyung* actions shall be reassigned to the undersigned Judge pursuant to Civil Local Rule 3-12(f).

**IT IS SO ORDERED.**

DATED: _____          _____
                                  Honorable Jacqueline Scott Corley
                                  United States District Judge