GIBSON, DUNN & CRUTCHER LLP
Jessica Valenzuela, Bar No. 220934
  jvalenzuela@gibsondunn.com
Jeff Lombard, Bar No. 285371
  jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
Jordan Estes (*pro hac vice*)
  jestes@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK,<br><br>Defendants. | Case No. 3:25-cv-07067<br><br>**DECLARATION OF SOFIA RITALA IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12 AND 7-11**<br><br>Judge:        Hon. Jacqueline Scott Corley<br>Date Action Filed:        August 20, 2025 |

GIBSON, DUNN &
CRUTCHER LLP
ATTORNEYS AT LAW

DECLARATION OF SOFIA RITALA IN SUPPORT OF DEFENDANTS' UNOPPOSED
ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
PURSUANT TO CIV. L.R. 3-12 AND 7-11
CASE NO. 3:25-CV-07067

I, Sofia Ritala, declare and state as follows:

1.     I am an attorney duly licensed to practice law before all of the courts of California and before this Court.  I am an associate at the law firm Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendants PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick in the present action, and also represent Defendants PubMatic, Inc., Rajeev K. Goel, Amar K. Goel, Susan Daimler, Shelagh Glaser, Anton Hanebrink, Ramon Jones, Nick Mehta, Jacob Shulman, and Steven Pantelick ("Defendants"), in the proposed related cases, *Steffens v. Goel et al.*, No. 4-25-cv-07224-HSG (N.D. Cal.); *Klein v. Goel et al.*, No. 3-25-cv-07391-EMC (N.D. Cal.); and *Hyung v. Goel et al.*, No. 3-25-cv-07618-AMO (N.D. Cal.).  I make this declaration in support of Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related.  I am personally familiar with the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2.     At a case management conference for the *Steffens*, *Klein*, and *Hyung* actions held before Judge Haywood S. Gilliam on November 18, 2025, Judge Gilliam instructed Defendants to relate the *Steffens*, *Klein*, and *Hyung* actions to this action.

3.     Pursuant to Civil Local Rules 3-12(b) and 7-11(a), on November 19, 2025, I contacted counsel for Mr. Hsu to inquire whether Plaintiff would oppose relating this action to *Steffens*, *Klein*, and *Hyung*.

4.     On November 20, 2025, counsel for Mr. Hsu informed me, via e-mail, that Plaintiff does not oppose Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related.

5.     Pursuant to Civil Local Rules 3-12(b) and 7-11(a), on November 19, 2025, I contacted counsel for the Plaintiffs in the *Steffens*, *Klein*, and *Hyung* actions to inquire whether Plaintiffs would oppose relating these actions to *Hsu v. PubMatic Inc. et al.*, Case No. 3:25-cv-07067.

2
DECLARATION OF SOFIA RITALA IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12 AND 7-11
CASE NO. 3:25-CV-07067

6.     On November 19–21, 2025, counsel for Plaintiffs informed me, via e-mail, that Plaintiffs do not oppose Defendants' Unopposed Administrative Motion to Consider Whether Cases Should Be Related, and are in favor of relating the cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 21, 2025, at Palo Alto, California.


*/s/ Sofia Ritala*
Sofia Ritala

GIBSON, DUNN &
CRUTCHER LLP
ATTORNEYS AT LAW

DECLARATION OF SOFIA RITALA IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12 AND 7-11
CASE NO. 3:25-CV-07067