Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Ex Kano S. Sams II (SBN 192936)
  *esams@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Lead Plaintiff Sidney Hsu and Lead Counsel for the Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK,<br><br>Defendants. | Case No. 3:25-cv-07067-JSC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND RESPONSIVE BRIEFING**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Date Action Filed: August 20, 2025 |

STIPULATION AND [~~PROPOSED~~] ORDER SETTING A SCHEDULE FOR THE FILING OF AN AMENDED
COMPLAINT AND RESPONSIVE BRIEFING
Case No. 3:25-cv-07067-JSC

Pursuant to the Court's Order dated November 25, 2025 (Dkt. No. 31), Lead Plaintiff Sidney Hsu ("Hsu" or "Lead Plaintiff") and Defendants PubMatic, Inc. ("PubMatic"), Rajeev K. Goel, and Steven Pantelick ("Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving the Parties' proposed schedule for the filing of an amended complaint, Defendants' response thereto, and all associated briefing.

**WHEREAS**, on November 25, 2025, the Court entered an Order appointing Hsu as lead plaintiff and approving his selection of Glancy Prongay & Murray LLP as lead counsel, and requiring that "lead plaintiff and Defendants shall meet and confer and submit a stipulation regarding the filing of a[n] . . . amended complaint and Defendants' response" (Dkt. No. 31 at 5); and

**WHEREAS**, counsel for the Parties have conferred regarding the filing of an amended complaint, with due consideration for counsels' schedules and the issues in this action, and have agreed to the following schedule;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the undersigned counsel for the respective Parties, that the Court enter the following proposed schedule:

1. Lead Plaintiff Plaintiffs shall file an amended complaint on or before February 9, 2026;

2. Defendants shall move, answer or otherwise respond to the amended complaint on or before April, 10, 2026;

3. If Defendants file a motion to dismiss the amended complaint, Lead Plaintiff shall file an opposition to the motion to dismiss on or before May 29, 2026, and Defendants shall file a reply on or before June 25, 2026.

**IT IS SO STIPULATED.**

STIPULATION AND [~~PROPOSED~~] ORDER SETTING A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND RESPONSIVE BRIEFING
Case No. 3:25-cv-07067-JSC

1

Respectfully submitted,

Dated: December 10, 2025          GLANCY PRONGAY & MURRAY LLP

By:    /s/ Charles H. Linehan
       Charles H. Linehan

*Attorneys for Lead Plaintiff Sidney Hsu*

Dated:  December 10, 2025          GIBSON, DUNN & CRUTCHER LLP

By:    /s/ Jessica Valenzuela
       Jessica Valenzuela

*Attorneys for Defendant PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick*

\*        \*        \*

## ECF ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from all other signatories.

Dated: December 10, 2025

/s/ Charles H. Linehan
Charles H. Linehan

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Court will hear the motion on July 23, 2026 at 10:00 a.m. in San Francisco.

Dated: December 11, 2025

HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Jacqueline Scott Corley

STIPULATION AND [PROPOSED] ORDER SETTING A SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND RESPONSIVE BRIEFING
Case No. 3:25-cv-07067-JSC

2