GIBSON, DUNN & CRUTCHER LLP
Jessica Valenzuela, Bar No. 220934
jvalenzuela@gibsondunn.com
Jeff Lombard, Bar No. 285371
jlombard@gibsondunn.com
310 University Avenue
Palo Alto, California 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

GIBSON, DUNN & CRUTCHER LLP
Jordan Estes (*pro hac vice*)
jestes@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDNEY HSU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBMATIC, INC., RAJEEV K. GOEL, and STEVEN PANTELICK,<br><br>Defendants. | Case No. 3:25-cv-07067<br><br>**DECLARATION OF SOFIA RITALA IN SUPPORT OF DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIV. L.R. 3-12 AND 7-11**<br><br>Judge: Hon. Jacqueline Scott Corley<br>Date Action Filed: August 20, 2025 |

I, Sofia Ritala, declare and state as follows:

1. I am an attorney duly licensed to practice law before all of the courts of California and before this Court. I am an associate at the law firm Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendants PubMatic, Inc., Rajeev K. Goel, and Steven Pantelick in the present action, and also represent Defendants PubMatic, Inc., Rajeev K. Goel, Steven Pantelick, Susan Daimler, Shelagh Glaser, Amar Goel, Anton Hanebrink, Ramon Jones, Nick Mehta, and Jacob Shulman ("Defendants"), in the proposed related case, *Jurkovic v. Goel et al.*, No. 3:36-cv-08104 (N.D. Cal.). I make this declaration in support of Defendants' Unopposed Administrative Motion to Consider Whether Case Should Be Related. I am personally familiar with the matters set forth herein and, if called to testify, I could and would competently testify thereto.

2. On August 4, 2026, Plaintiff Marko Jurkovic filed a derivative action against Defendants.

3. Pursuant to Civil Local Rules 3-12(b) and 7-11(a), on August 12, 2026, I contacted counsel for Mr. Hsu to inquire whether Plaintiff would oppose relating this action to *Jurkovic*.

4. On August 13, 2026, counsel for Mr. Hsu informed me, via e-mail, that Plaintiff does not oppose Defendants' Unopposed Administrative Motion to Consider Whether Case Should Be Related.

5. Pursuant to Civil Local Rules 3-12(b) and 7-11(a), on August 7, 2026, I contacted counsel for Mr. Jurkovic to inquire whether Plaintiff would oppose relating this action to *Hsu v. PubMatic Inc. et al.*, Case No. 3:25-cv-07067.

6. On August 11, 2026, counsel for Mr. Jurkovic informed me, via e-mail, that Plaintiff does not oppose Defendants' Unopposed Administrative Motion to Consider Whether Case Should Be Related.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 21, 2026, at Palo Alto, California.

*/s/ Sofia Ritala*
Sofia Ritala